No. 16,405.

GILCHRIST v. THE STATE, FOR USE OF RHINE, DRAINAGE COMMISSIONER.

From the Blackford Circuit Court.

*R. S. Gregory, A. C. Silverburg* and *J. N. Templer,* for appellant.

BY THE COURT.—The questions in this case are the same as those decided in the case of *Racer* v. *State, etc., ante,* p. 393, and *Curry* v. *State, etc., ante,* p. 439, and upon the authority of those cases the judgment is affirmed.

Filed April 30, 1892.

---

15,583. Ewing *v.* Cones et al.; 15,584. Ewing *v.* Wade et al.; 15,585. Ewing *v.* Carr et al.; 15,586. Ewing *v.* Boggs et al.; 15,587. Ewing *v.* Parke et al.; 15,588. Ewing *v.* Williamson et al.; 15,589. Ewing *v.* Lumaree.

BY THE COURT.—The judgment in each of the above named cases is reversed upon the authority of *Ewing* v. *Lutz, ante,* p. 361, and the cases therein cited.

Filed April 23, 1892.

---

No. 16,406. Buckles *v.* State, etc.; No. 16,407. Crumley *v.* State, etc.; No. 16,408. Constant *v.* State, etc.; No. 16,410. Fulkerson *v.* State, etc.; No. 16,411. Johnson *v.* State, etc.; No. 16,412. Brown *v.* State, etc.; No. 16,413. Kitzmiller *v.* State, etc.; No. 16414. Lock *v.* State, etc.; No. 16,416. McKay *v.* State, etc.; No. 16,417. Inman *v.* State, etc.; No. 16,418. Inman *v.* State, etc.; No. 16,419. Edwards *v.* State, etc.; No. 16,420. Barnes *v.* State, etc.; No. 16,421. Martin *v.* State, etc.; No. 16,422. Wayman *v.* State, etc.; No. 16,423. Thornburg *v.* State, etc.; No. 16,424. Fishback *v.* State, etc.; No. 16,425. Wilson *v.* State, etc.; No. 16,426. Caldwell *v.* State, etc.; No. 16,427. Inman *v.* State, etc.; No. 16,428. Stafford *v.* State, etc.; No. 16,429. Holcraft *v.* State, etc.; No. 16,430. Stewart *v.* State, etc.

BY THE COURT.—The judgment in each of the above entitled cases is affirmed upon the authority of *Racer* v. *State, etc., ante,* p. 393.

Filed April 30, 1892.